chriscrisostomoallinf

LEONARDO M. RAPADAS
United States Attorney
BENJAMIN BELILES
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America





FILED
DISTRICT COURT OF GUAM

SEP 24 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00094 |
| Plaintiff, | **INFORMATION** |
| vs. | **ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY** [18 U.S.C. § 1382] (Count I) **CONSPIRACY** [18 U.S.C. § 371] (Count II) **UNLAWFUL TAKING OF WILD ANIMAL** [5 GCA § 63121; 18 U.S.C. §§ 7(3) & 13 & 16 U.S.C. § 3372] (Count III) **RESISTING ARREST** [18 U.S.C. § 111] (Count IV) **UNLAWFUL USE OF ARTIFICIAL LIGHT WHILE TAKING WILDLIFE** [5 GCA § 63125; 18 U.S.C. §§ 7(3) & 13] (Count V) |
| CHRIS B. CRISOSTOMO, JOEY G. CRISOSTOMO, and WAYNE G. CRISOSTOMO, | |
| Defendants. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY**

On or about February 12, 2007, in the District of Guam, the defendants, CHRIS B. CRISOSTOMO, JOEY G. CRISOSTOMO and WAYNE G. CRISOSTOMO, went upon a United States military reservation, to wit: Andersen Air Force Base, Guam, for a purpose prohibited by law, this is, intending to engage in conduct in violation of Title 5, Guam Code

Annotated, Sections 63121 and 63125 and Title 16, United States Code Section 3372, as assimilated by Title 18, United States Code, Sections 7(3) and 13, all in violation of Title 18, United States Code, Section 1382.

## COUNT II - CONSPIRACY

On or about February 12, 2007, in the District of Guam, the defendants, CHRIS B. CRISOSTOMO, JOEY G. CRISOSTOMO and WAYNE G. CRISOSTOMO, conspired together to go upon a United States military reservation, to wit: Andersen Air Force Base, and unlawfully take a wild animal in violation of Title 5, Guam Code Annotated, Section 63121 and Title 16, United States Code, Section 3372, as assimilated by Title 18, United States Code, Sections 7(3) and 13, all in violation of Title 18, United States Code, Section 371.

## COUNT III - UNLAWFUL TAKING OF WILD ANIMAL

On or about February 12, 2007, in the District of Guam, the defendants, CHRIS B. CRISOSTOMO, JOEY G. CRISOSTOMO and WAYNE G. CRISOSTOMO, went upon a United States military reservation, to wit: Andersen Air Force Base, and unlawfully take a wild animal in violation of Title 5, Guam Code Annotated, Section 63121 and Title 16, United States Code, Section 3372, as assimilated by Title 18, United States Code, Sections 7(3) and 13.

## COUNT IV - RESISTING ARREST

On or about February 12, 2007, in the District of Guam, the defendant, WAYNE G. CRISOSTOMO, knowingly did forcibly resist, oppose, impede and interfere with Charles Freeman, a Technical Sergeant in the U.S. Air Force assigned, at all times relevant, to the 36 Wing Security Forces, while he was engaged in or on account of the performance of his official duties, in violation of Title 18, United States Code, Section 111.

## COUNT V - UNLAWFUL USE OF ARTIFICIAL LIGHT WHILE TAKING WILDLIFE

On or about February 12, 2007, in the District of Guam, the defendant, WAYNE G. CRISOSTOMO, at Andersen Air Force Base, Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, was found in possession of a shotgun or firearm, and with ammunition, after sunset and in a wooded section or other place where game may reasonably be expected with a spotlight or artificial light, in violation of Title 5, Guam Code Annotated, Section 63125 and Title 18, United States Code, Sections 7(3) and 13.

DATED this 24th day of September, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
BENJAMIN BELILES
Special Assistant U.S. Attorney

Reviewed:

_____
JEFFREY J. STRAND
First Assistant U.S. Attorney

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00094**
Same Defendant _____ New Defendant ___x___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __x__ No

Defendant Name ___JOEY G. CRISOSTOMO___

Alias Name _____

Address _____

_____Barrigada, Guam_____

Birthdate _Xx/xx/1968_  SS# _xxx-xx-1787_  Sex _M_  Race _PI_  Nationality _Chamorro_

**U.S. Attorney Information:**

SAUSA ___Benjamin Beliles___

**Interpreter:** __X__ No ___Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED SEP 24 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: ___3___   ____ Petty __X__ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1382 | Entering Military, Naval, or Coast Guard Property | 1 |
| Set 2 | 18 USC 371 | Conspiracy | 2 |
| Set 3 | 5 GCA 62121; 16 USC 3372<br>18 USC 7(3) & 13 | Unlawful Taking of Wild Animal | 3 |
| Set 4 | | | |

(May be continued on reverse)

Date: __9/24/07__   Signature of AUSA: _____

# Criminal Case Cover Sheet          U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00094**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __x__ No

Defendant Name _____CHRIS B. CRISOSTOMO_____

Alias Name _____

Address _____

_____Hagatna, Guam_____

Birthdate __Xx/xx/1960__ SS# __xxx-xx-8742__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

SAUSA ___Benjamin Beliles___

**Interpreter:** __X__ No ___Yes  List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED SEP 24 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __3__       ____ Petty __X__ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1382 | Entering Military, Naval, or Coast Guard Property | 1 |
| Set 2 | 18 USC 371 | Conspiracy | 2 |
| Set 3 | 5 GCA 62121; 16 USC 3372 18 USC 7(3) & 13 | Unlawful Taking of Wild Animal | 3 |
| Set 4 | | | |

(May be continued on reverse)

Date: __9/24/07__   Signature of AUSA: _____

# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07 - 00094**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__   Matter to be sealed: ___ Yes __x__ No

Defendant Name __WAYNE G. CRISOSTOMO__

Alias Name _____

Address _____

_____Mangilao, Guam_____

Birthdate __Xx/xx/1976__ SS# __xxx-xx-2505__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

SAUSA __Benjamin Beliles__

**Interpreter:** __X__ No ___ Yes   List language and/or dialect: _____

**RECEIVED SEP 24 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__   ___ Petty __X__ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1382 | Entering Military, Naval, or Coast Guard Property | 1 |
| Set 2 | 18 USC 371 | Conspiracy | 2 |
| Set 3 | 5 GCA 62121; 16 USC 3372 18 USC 7(3) & 13 | Unlawful Taking of Wild Animal | 3 |
| Set 4 | 18 USC 111 | Resisting Arrest | 4 |
| Set 5 | 5 GCA 63125 18 USC 7(3) & 13 | Unlawful Use of Artificial Light While Taking Wildlife | 5 |

(May be continued on reverse)

Date: __9/24/07__   Signature of AUSA: _____