1  LEONARDO M. RAPADAS
   United States Attorney
2  BENJAMIN BELILES
   Special Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
5  FAX: (671) 472-7334

6  Attorneys for the United States of America



☐ ORIGINAL

FILED
DISTRICT COURT OF GUAM

SEP 24 2007

JEANNE G. QUINATA
Clerk of Court

8             IN THE UNITED STATES DISTRICT COURT
9                  FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00094 |
| Plaintiff, | |
| vs. | **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS** |
| CHRIS B. CRISOSTOMO, JOEY G. CRISOSTOMO, and WAYNE G. CRISOSTOMO, | |
| Defendants. | |

Comes now the United States of America and requests this Honorable Court issue a summons for defendants, CHRIS B. CRISOSTOMO, JOEY G. CRISOSTOMO and WAYNE G. CRISOSTOMO, based on an Information filed charging the defendants with Count I - Entering Military, Naval, or Coast Guard Property, in violation of Title 18, United States Code, Section 1382; Count II - Conspiracy, in violation of Title 18, United States Code, Section 371; Count III - Unlawful Taking of Wild Animal, in violation of Title 18, United States Code, Sections 7(3) and 13; Count IV - Resisting Arrest, in violation of Title 18, United States Code, Section

//
//
//
//

111, and Count V - Unlawful Use of Artificial Light While Taking Wildlife, in violation of Title 18, United States Code, Sections 7(3) and 13.

Respectfully submitted this 24th day of September, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ *signature* for
BENJAMIN BELILES
Special Assistant U.S. Attorney