LEONARDO M. RAPADAS
United States Attorney
BENJAMIN BELILES
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00094 |
| Plaintiff, | **O R D E R** |
| vs. | |
| CHRIS B. CRISOSTOMO, JOEY G. CRISOSTOMO, and WAYNE G. CRISOSTOMO, | **Re: United States' Request For Issuance of Summons** |
| Defendants. | |

Upon the filing of an Information and at the request of the government,

IT IS SO ORDERED that a summons be issued for the above-named defendants to appear before this Court on Tuesday, October 2, 2007, at 1:30 p.m.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Sep 25, 2007**