AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**CHRIS B. CRISOSTOMO**

Case Number: CR-07-00094-001

(Name and Address of Defendant)

**RECEIVED**
**SEP 28 2007**
**US MARSHALS SERVICE-GUAM**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Date and Time<br>Tuesday, October 2, 2007 at 1:30 p.m. |

To answer a(n)

☐ Indictment   **X** Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Count I - Entering Military, Naval, or Coast Guard Property, 18 U.S.C. § 1382
Count II - Conspiracy, 18 U.S.C. § 371
Count III - Unlawful Taking of Wild Animal, 5 GCA § 63121; 18 U.S.C. §§ 7(3) and 13 and 16 U.S.C. § 3372

**FILED**
**DISTRICT COURT OF GUAM**
**OCT - 1 2007** mba

**JEANNE G. QUINATA**
**Clerk of Court**

WALTER M. TENORIO, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

September 26, 2007
Date

**ORIGINAL**

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | *October 01, 2007* |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: *USMS GUAM*

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on *October 01, 2007*        *T. Salas*
              Date                    Name of United States Marshal

                                      *[signature]*
                                      (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.