# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00094-001 |
| Plaintiff, | ) | |
| vs. | ) | |
| CRIS B. CRISOSTOMO, | ) | ORDER |
| Defendant. | ) | |

The jury trial for the above-named Defendant is scheduled to commence on November 27, 2007. The Defendant, however, has entered into a plea agreement with the Government, said plea agreement being filed with the court on November 21, 2007, and a change of plea hearing is currently scheduled for December 5, 2007. Accordingly, the court vacates the November 27, 2007, trial date.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Nov 26, 2007