**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
CHANGE OF PLEA**

CASE NO.: CR-07-00094         DATE: December 05, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori              Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 9:30:46 - 9:44:24
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Cris B. Crisostomo              Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.         ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Ben Beliles                 U.S. Agent:
U.S. Probation: Stephen Guilliot           U.S. Marshal: V. Roman
Interpreter:                               Language:

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to the plea agreement.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: March 4, 2008 at 9:00 A.M.
- Draft Presentence Report due to the parties: January 29, 2008
- Response to Presentence Report: February 12, 2008
- Final Presentence Report due to the Court: February 26, 2008
- Defendant to remain released.

NOTES: