| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | BENJAMIN A. BELILES<br>Assistant U.S. Attorney |
| 3 | Suite 500, Sirena Plaza<br>108 Hernan Cortes |
| 4 | Hagåtña, Guam 96910<br>Telephone: (671) 472-7332/7283 |
| 5 | Telecopier: (671) 472-7334/7215 |

**FILED**
DISTRICT COURT OF GUAM

FEB 1 2 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00094 |
|---|---|
| Plaintiff, | ) |
| | ) **GOVERNMENT'S STATEMENT** |
| vs. | ) **ADOPTING FINDINGS OF** |
| | ) **PRESENTENCE REPORT** |
| CRIS B. CRISOSTOMO, | ) |
| Defendant. | ) |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

RESPECTFULLY SUBMITTED this 12th day of February, 2008.

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and the CNMI

By: _____
       BENJAMIN A. BELILES
       Special Assistant U.S. Attorney

**ORIGINAL**