JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:   (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
CRIS B. CRISOSTOMO

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 07-00094 |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | RESPONSE TO DRAFT PRESENTENCE |
| | ) | REPORT |
| vs. | ) | |
| | ) | |
| CRIS B. CRISOSTOMO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Defendant, CRIS B. CRISOSTOMO, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the Draft Presentence Investigation Report.

      DATED: Mongmong, Guam, February 20, 2008.



Attorney for Defendant
CRIS B. CRISOSTOMO

## CERTIFICATE OF SERVICE

I, JOHN T. GORMAN, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on February 20, 2008:

BENJAMIN A. BELILES
Special Assistant United States Attorney
108 Hernan Cortez Street
Serena Plaza, Suite 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA


CARLEEN G. BORJA
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, February 20, 2008.



John T. Gorman
Federal Public Defender
District of Guam
Phone: (671) 472-7111
Facsimile: (671) 472-7120
GMT + 10:00 Hours

Attorney for Defendant
CRIS B. CRISOSTOMO