# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00094-001  DATE: March 04, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio  Electronically Recorded: 9:08:58 - 9:30:07
CSO: B. Pereda

**APPEARANCES:**

Defendant: Cris B. Crisostomo  Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Benjamn Beliles  U.S. Agent:
U.S. Probation: Carleen Borja  U.S. Marshal: V. Roman
Interpreter:  Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to probation for a term of <u>1 Year</u>, with conditions (refer to Judgment for conditions of supervised release).
- Defendant ordered to pay a fine in the amount of $500.00
- Defendant was ordered to pay a special assessment fee of $10.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Court ordered that the defendant continue to participate in the CHANSA program with the Department of Youth Affairs while on probation.

NOTES: