LEONARDO M. RAPADAS
United States Attorney
BENJAMIN A. BELILES
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hågatña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America




FILED
DISTRICT COURT OF GUAM
MAR 0 5 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00094-001 |
| Plaintiff, | **GOVERNMENT'S MOTION TO DISMISS COUNTS 2 AND 3 OF INFORMATION** |
| vs. | |
| CRIS B. CRISOSTOMO, | |
| Defendant. | |

The United States hereby moves this Honorable Court for an order dismissing Counts 2 and 3 of the Information in the above-entitled action.

This motion is made pursuant to a plea agreement dismissing Counts 2 and 3 upon sentencing.

RESPECTFULLY SUBMITTED this 5th day of March, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *Benjamin A. Beliles*
BENJAMIN A. BELILES
Special Assistant U.S. Attorney

ORIGINAL